IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00302-BNB

TONY EDWARD POWELL,

   Applicant,

v.

HECTOR RIOS (Warden), and
JERRY JONES (Acting Warden),

   Respondents.



ORDER DENYING MOTION TO RECONSIDER

This matter is before the Court on the motion titled "Petition to Object to Magistrates [sic] Order and Judgement [sic] of Dismissal" submitted *pro se* by Applicant Tony E. Powell and filed with the Court on April 27, 2007. Mr. Powell seeks reconsideration of the order and judgment filed on April 19, 2007, denying his amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). Mr. Powell is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado.

The Court must construe the motion to reconsider liberally because Mr. Powell is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the liberally construed motion to reconsider will be denied.

The Court denied the amended application and dismissed the action because Mr. Powell has an adequate and effective remedy pursuant to 28 U.S.C. § 2255 (2006)

y

in the United States District Court for the Western District of Texas. The reasons for the dismissal are explained in greater detail in the April 19, 2007, dismissal order.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A postjudgment motion filed within ten days of a final judgment should be construed as a Rule 59(e) motion. **Id.**; **see also Dalton v. First Interstate Bank**, 863 F.2d 702, 703 (10th Cir. 1988). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **Van Skiver**, 952 F.2d at 1243.

Final decisions are those that end the litigation on the merits and leave nothing for the district court to do except execute the judgment. **Van Cauwenberghe v. Biard**, 486 U.S. 517, 521-22 (1988); **In re Durability, Inc.**, 893 F.2d 264, 265 (10th Cir. 1990). "It is well settled that an order dismissing the action . . . is a final judgment." **Sherr v. Sierra Trading Corp.**, 492 F.2d 971, 978 (10th Cir. 1974). The April 19, 2007, order denied the amended application, dismissed the action, and entered judgment in favor of Respondents and against Applicant. The instant motion was filed on April 27, 2007. Applicant has filed the motion within ten days of the final judgment in the instant action. **See** Fed. R. Civ. P. 6(a). Therefore, the motion properly is filed as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

A motion to reconsider that reiterates issues originally raised in the application

and that seeks to challenge the legal correctness of the court's judgment by arguing that the district court misapplied the law or misunderstood the litigant's position correctly is asserted pursuant to Fed. R. Civ. P. 59(e). **See Van Skiver**, 952 F.2d at 1244.

Upon consideration of the entire file, the Court finds and concludes that Mr. Powell fails to demonstrate some reason why the Court should reconsider and vacate its decision to dismiss this action. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Petition to Object to Magistrates [sic] Order and Judgement [sic] of Dismissal" submitted *pro se* by Applicant Tony E. Powell and filed with the Court on April 27, 2007, and which the Court has construed liberally as filed pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this _10_ day of _May_, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00302-BNB

Tony E. Powell
Reg. No. 61525-080
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/11/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk