# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00302-ZLW

TONY EDWARD POWELL,

Applicant,

v.

HECTOR RIOS (Warden), and
JERRY JONES (Acting Warden),

Respondents.



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 9 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on the motion titled "Petition to Reconsider the Court's Decision to Recharacterize Applicant's Objection Petition" submitted **pro se** by Applicant Tony Edward Powell and filed by the Court on May 24, 2007. In the petition, Mr. Powell against seeks reconsideration of the order and judgment of dismissal filed on April 19, 2007. The petition is DENIED for the same reasons as stated in the order denying motion to reconsider filed on May 11, 2007.

Dated: May 29, 2007

---

Copies of this Minute Order mailed on May 29, 2007, to the following:

Tony E. Powell
Reg. No. 61525-080
USP - Florence
PO Box 7000
Florence, CO 81226

_____
Secretary/Deputy Clerk